have been vacated, because it never should have been made. Proceedings under these receiverships have been permitted to sleep so long that they should know no waking. If the various statutory limitations and restrictions as to time have no strict application, then certainly twenty years is a time beyond which, in analogy to the utmost limitation, no proceedings should be allowed."

The order appealed from should be reversed, with costs and disbursements.

*Samuel Watson,* for the appellant.

*John S. Smith* and *James S. Stearns,* for the respondent.

Opinion by DYKMAN, J.; PRATT, J., concurred; BARNARD, P. J., not sitting.

Order reversed, with costs and disbursements, and motion to vacate reference granted, with costs.

---

SAMUEL WARDELL, *Respondent, v.* DAVID H. FOWLER, *Appellant.*

MISSOURI VOSS, *Respondent, v.* DANIEL H. FOWLER, *Appellant.*

ATHELINDA WARDELL, *by Guardian, Respondent, v.* DAVID H. FOWLER, *Appellant.*—Order denying motion to cancel judgments affirmed, with costs and disbursements.  Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* DANIEL W. SHERRY *v.* THE COMMISSIONERS OF HIGHWAYS OF BROOKHAVEN.—Proceedings and order of commissioners laying out highway and order to remove obstructions reversed, with fifty dollars costs.  Opinion by BARNARD, P. J.

JACOB L. ALLEN, *Appellant, v.* AUSTIN CORBIN, *Respondent.*—Judgment affirmed, with costs.  Opinion by DYKMAN, J.

SARAH SEARLES, *Respondent, v.* FERNANDO WOOD, *Appellant.*—Judgment of County Court affirmed, with costs.  Opinion by PRATT, J.

JOHN PUTNEY, *Respondent, v.* ANGUS McINTOSH, *Appellant.*—Judgment affirmed, with costs.  Opinion by DYKMAN, J.

MARTIN McNAMARA, *Appellant, v.* CHARLOTTE SINCLAIR, *Respondent.*—Judgment affirmed, with costs.  Opinion by PRATT, J.

ERNEST LOEFFLER, *Appellant, v.* LUCAS BRICHENSTEIN, *Respondent.*—Judgment reversed and new trial granted, costs to abide event.  Opinions by PRATT, J., and BARNARD, P. J.; DYKMAN, J., not sitting.